

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00114-CV

JONATHAN DAVID TSUCHIYA

APPELLANT

V.

THE STATE OF TEXAS, THE CITY OF BEDFORD, THE CITY OF COLLEYVILLE, THE CITY OF EULESS, THE CITY OF GRAPEVINE, AND THE CITY OF WESTLAKE

APPELLEES

----------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 153-269543-13

----------

## MEMORANDUM OPINION[1]

----------

On April 1, 2015, we notified Appellant Jonathan David Tsuchiya that this appeal may be dismissed for want of jurisdiction because the "Order Granting

---

[1]See Tex. R. App. P. 47.4.

Defendants' Motion to Dismiss, Plea to the Jurisdiction, or in the Alternative, Motion for Summary Judgment" did not dispose of Tsuchiya's claims against Appellee The State of Texas.[2] *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 200 (Tex. 2001) (explaining that a judgment is final for purposes of appeal if it (1) actually disposes of all claims and parties or (2) states with unmistakable clarity that it is a final judgment). Tsuchiya filed a response, but it does not show grounds for continuing the appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DELIVERED: April 30, 2015

---

[2]Nor does the order state with unmistakable clarity that it is final.